# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Christopher Scott Mankse<br>*Defendant(s)* | ) | Case No. 1:20-mj-00013-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____________ in the county of the United States in the ____________ District of ALASKA, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2115 | Burglary of a Post Office |
| 18 USC 1705 | Mail Theft |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Adam Savoie

*Complainant's signature*

Adam Savoie U.S. Postal Inspector

*Printed name and title*

Feb 25 2020

Sworn telephonically and signed electronically.

~~Sworn to before me and signed in my presence.~~

Date: Feb 25, 2020

*Judge's signature*

City and state: Anchorage ~~Juneau,~~ Alaska

Matthew M.Scoble, U.S. Magistrate Judge

*Printed name and title*

Feb 25 2020

IN THE UNITED STATES DISTRICT COURT  Feb 25 2020

FOR THE DISTRICT OF ALASKA

**APPLICATION AND AFFIDAVIT FOR ARREST COMPLAINT**
**Case Number:** 1:20-mj-00013-MMS

I, Adam Savoie, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a United States Postal Inspector, assigned to investigate crimes against the U.S. Government, including Title 18. I am a U.S. Postal Inspector and have been so employed since April of 2019. I have received training and instruction on investigating federal crimes that use the U.S. Mail including but not limited to the sending of illegal drugs through the U.S. Mail, robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, identity theft, and counterfeit personal checks and identifications. As part of my duties, I investigate crimes against the United States Postal Service, in violation of Title 18 U.S. Code 2115, Burglary of United States Post Office, and Title 18 U.S. Code 1708 Mail Theft.

2. Prior to my employment with the USPIS, I was employed for ten years by the United States Marshal Service (USMS) as a Deputy United States Marshal (DUSM). While assigned to the USMS, I worked federal fugitive warrant cases, district threat investigations and court operations. Prior to being a DUSM, I was employed by Immigration and Customs

Feb 25 2020

Enforcement (ICE) as an Immigration Enforcement Agent (IEA). While assigned to ICE, I worked immigration cases and presented cases for removal hearings and deportations. Prior to ICE, I served with the Houston Police Department for approximately 11.5 years.

3. In January 2005, I received a bachelor's degree in Criminal Justice from the University of Houston Downtown in Houston, TX. The following information is based on my own knowledge, information obtained from other law enforcement agents and officers; including senior Postal Inspectors, and from specific sources as set forth herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

a. I am currently assigned to the Seattle Division, specifically to the Juneau Domicile, which is responsible for the investigation of all crimes against U.S. States Postal Facilities in the southeast area.

b. During my career, I have participated burglary investigations in the State of Alaska, investigation of burglaries and mail theft involving U.S. Postal Facilities.

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Christopher Scott Manske for whom I submit there is probable cause to believe that on February 24, 2020, he did knowingly, intentionally, unlawfully and forcibly entered into the Petersburg Post Office in Petersburg, Alaska with the intent to steal

mail in violation of Title 18 United States Code 2115 Burglary of Post Office and 2114 (b) Mail Theft. I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

## RELEVANT FACTS

2. On Saturday, February 22, 2020, I received a call from Inspector Andrew Grow concerning a burglary activation alarm at the Petersburg Post Office, in Petersburg, Alaska.

3. On Sunday, February 23, 2020, Inspector Kevin Horne and I responded to the burglary activation at the Post Office in Petersburg, AK. Inspectors met with the Postmaster regarding the burglary alarm activation. Inspectors inquired about the incident and investigated the scene. While conducting the investigation Postal Inspectors were advised that sixteen (16) parcels were missing. After investigating the scene, photographs were taken of the parcel locker boxes inside the work room floor in the Post Office. No items were inside the parcel lockers at the time. Base on the investigation, an unknown subject entered the Post Office through the lobby and forcibly entered through the parcel locker by breaking the steel pole, which is designed to prevent unauthorized access into the secure postal area. The subject entered through the parcel locker into the secured area and exited through the bulk mail room door, which activated the alarm system while exiting with the stolen parcels.

4. On Monday, February 24, 2020, approximately 1:05 a.m., Inspectors received a call from the Postmaster concerning a suspicious person detained at the Post



Office by Petersburg Police Officers. Inspector Horne and I responded and met Petersburg Police Officers Andrew Ayriss and Eric Wolf outside the Post Office. Petersburg Police Officers identified the subject as Christopher Scott Manske, who was inside the back seat of the patrol car. Officer Ayriss advised he observed Manske inside his vehicle (black 4 Isuzu Trooper, Alaska license plate LCA904) parked at the Petersburg Post Office at approximately 12:20 a.m. Officer Ayriss made contact with Manske. Manske told Officer Ayriss that he was on the phone. Officer Ayriss drove off from the location and observed Manske's actions from a distance. Officer Ayriss said at approximately 12:25 a.m., Manske exited his vehicle and walked inside the Post Office. Officer Ayriss said he watched the area for about 20 minutes. Officer Ayriss advised he did not see Manske while he was inside the Post Office. Officer Ayriss and Officer Wolf observed Manske at approximately 1:00 a.m. exiting the Post Office. Officer Ayriss, along with Officer Wolf approached Manske as he was walking to his vehicle. Manske was in a rush to get to his vehicle. Officers observed Manske open his door and throw something in the back seat area of his vehicle. Officer Ayriss went inside the Post Office, while Officer Wolf stayed with Manske. Officer Ayriss observed a bolt on the floor and he noticed four partially opened parcel lockers with keys inside. Officer Ayriss observed multiple packages addressed to various people in the parcel lockers. Officers detained Manske and contacted Postal management. Officers released Manske to Petersburg Medical Center for mental health treatment.


Feb 25 2020

5. On Monday, February 24, 2020, Inspectors Horne and I searched the Post Office, Inspectors discovered approximately 70 parcels inside the parcel lockers. The Post Office was closed the day before and that morning, but the lobby area was opened to the public. No other parcels where placed inside the parcel lockers from the time Inspectors left the scene on Sunday evening, February 23, 2020. Based on the investigation Manske entered the Post Office through the lobby area, made forcible entry through the parcel locker area and placed parcels inside parcel lockers with the intention on placing items into his vehicle until the Petersburg Police arrived at the scene.

6. On Monday, February 24, 2020, Officer Ayriss was granted a search warrant on Manske's vehicle, a Black 4 Door Isuzu Trooper with Alaska State License Plate LCA904. While executing the search warrant Postal locker keys were found on the floor, in back seat area of the vehicle. A large bag located on the floor, in the rear seat area of vehicle contained six bottle of prescription pills for other individuals, torn parcels and letters. Items also seized from the bag inside the vehicle were, a letter that contained a check for 100 dollars and Petersburg Police Department equipment.

7. On Monday, February 24, 2020, Officer Wolf and I spoke with Manske at the Petersburg Medical Center. I read Manske his Miranda Rights. Manske agree to speak with investigators. Manske said Dustin Delong left keys in the trash can so that he could get packages out of the parcel lockers. Manske said he did not go in the back of the Post Office to get packages. Manske said Delong told him to bring the packages to him so the money would be split between them.


Feb 25 2020

Manske later said he needed cash to support himself and planned on selling the contents inside the packages. Manske said his plans were to make money on the packages.

6. On Monday, February 24, 2020, Petersburg Police Officers were granted a search warrant on Manske's boat, while executing the search warrant, agents and officers found a package of Kids Crafts address to a Petersburg resident, located in a window on the bow of the boat. Miscellaneous pills address to another Petersburg residence was also found in the living room area of the boat and an empty packaged addressed to a Petersburg resident.

8. Based on my training and experience as a Postal Inspector and the aforementioned factors, I believe the foregoing establishes probable cause to believe that Christopher Scott Manske did knowingly, intentionally, unlawfully and forcibly enter into the Petersburg Post Office in Petersburg, Alaska with the intent to steal mail in violation of Title 18 United States Code 2115 Burglary of Post Office and 2114(b) Mail Theft.


Feb 25 2020

FURTHER AFFIANT SAYETH NAUGHT

Adam Savoie
Postal Inspector

Feb 25 2020

Subscribed electronially and sworn telephonically, Feb 25, 2020.

~~Subscribed and sworn to before me, this 25th Day of February, 2020~~

UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

MATTHEW SCOBLE
U.S. MAGISTRATE JUDGE